**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN WESLEY MAGNESS
ADC # 150340                                                                                            PLAINTIFF

v.                                    4:11-cv-00652-JMM-JJV

VAN BUREN COUNTY
SHERIFF'S DEPARTMENT; *et al.*                                                              DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Van Buren County Sheriff's Department should be DISMISSED as a Defendant in this action.

DATED this 20th day of December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE