# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN WESLEY MAGNESS  
ADC # 150340                                                                                                    PLAINTIFF

v.                                       4:11-cv-00652-JMM-JJV

VAN BUREN COUNTY  
SHERIFF'S DEPARTMENT; *et al.*                                                              DEFENDANTS

## ORDER

For the reasons set forth in the Court's August 29, 2012, Order denying Plaintiff's Motion to Hold Case in Abeyance (Doc. No. 131), Plaintiff's Motion for Reconsideration (Doc. No. 132) is DENIED.

IT IS SO ORDERED this 13th day of September, 2012.

_____  
JOE J. VOLPE  
UNITED STATES MAGISTRATE JUDGE