IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOHN WESLEY MAGNESS, ADC #150340 | * * |
| Plaintiff, | * |
| v. | * |
| | *  No. 4:11-cv-00652-JMM-JJV |
| Van Buren County Sheriff's Department; *et al.,* | * * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 136) is GRANTED.

2. Plaintiff's Motion to Dismiss (Doc. No. 147) is DENIED.

3. All pending motions are DENIED as moot.

4. Plaintiff's cause of action against Defendants is DISMISSED with prejudice.

SO ORDERED this 25th day of January, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE