# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JOHN WESLEY MAGNESS, ADC #150340 | * * | |
| Plaintiff, | * | |
| v. | * * | No. 4:11-cv-00652-JMM-JJV |
| Van Buren County Sheriff's Department; *et al.,* | * * * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 25th day of January, 2013.

                                                  _____
                                                JAMES M. MOODY
                                                UNITED STATES DISTRICT JUDGE